IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ANDREW BURDGE et al.**                                                                            **PLAINTIFFS**

**v.**                          **CASE NO. 4:14CV00566 BSM**

**WALGREEN COMPANY**                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed with prejudice.

DATES this 17th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE